# United States District Court
## Violation Notice

**CVB Location Code:** EW30

**Violation Number:** FDVO0065
**Officer Name:** Larson
**Officer No.:** 2321

FDVO0065

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 07/24/2021 18:55
**Offense Charged:** FED 36 CFR 261.9A
**Place of Offense:** SR 20 AT EARLY WINTERS

**Offense Description: Factual Basis for Charge**
DAMAGING GOVERNMENT PROPERTY - HIT AND RUN ON A ROAD BARRICADE

HAZMAT ☐

### DEFENDANT INFORMATION

**Phone:**

**Last Name:** sluys
**First Name:** jamie
**M.I.:** s

**Street Address:**
**City:**
**State:**
**Zip Code:**
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:**
**CDL:** ☐
**D.L. State:**
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M ☐ F
Race:  Hair:  Eyes:  Height:  Weight:

### VEHICLE

**VIN:**
**CMV:** ☐

**Tag No.:** c34975u
**State:** WA
**Year:** 2016
**Make/Model:** FORD/F150
**PASS:** ☐
**Color:** BLK

**A [X]** IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

**B ☐** IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (opposite).

Forfeiture Amount
$ 30.00   Processing Fee
PAY THIS AMOUNT   Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** Spokane Federal Building. 920 West Riverside Ave, Spokane WA 99201
**Date (mm/dd/yyyy):** 09/21/2021
**Time (hh:mm):** 14:30

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

FDVO0065

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on  07/24/2021  while exercising my duties as a law enforcement officer in the  Eastern  District of  WA

I state that on July 24th 2021, while exercising my duties as a law enforcement officer in the Eastern District of Washington:  Pursuant to 16USC 551; I was on uniformed patrol in a marked patrol vehicle in the Okanogan National Forest in Okanogan County at Early Winters Guard Station at approximately 1830 hours, when I observed a black four door pickup truck traveling west bound at a high rate of speed on SR 20 in an area that is closed to public traffic due to wildfire activity.  Moments later I heard radio traffic from a road guard, a Forest Service employee, advising that the vehicle had run through the barricade and was likely to endanger firefighters working on SR 20.  By the time I initiated a response, the truck was out of sight.  Moments later, as I was accelerating west bound, the subject truck rounded a corner, now heading east bound.  I activated my emergency lights as the truck was traveling directly towards me on a straightaway.  I observed the front end of the truck lift slightly and the back-end squat slightly, indicating that the truck was accelerating.  The truck sped past me and I immediately pulled a U-turn to follow.  Once I was behind the truck headed east bound, the truck eventually pulled over to the right shoulder as several more law enforcement vehicles and a fire vehicle blocked its path forward.

I then contacted the passenger who presented a Washington State driver's license without prompting that identified him as Jamie SLUY.  I asked SLUY where he was headed to and where he was coming from.  SLUY responded with contradictory statements that were not consistent with his observed direction of travel.  SLUY denied seeing or driving past any road barricades.  I explained to SLUY that he drove past several closure signs and that his traffic on SR 20 endangered the safety of firefighters actively working on the roadway.  SLUY minimally acknowledged my further statements and questions.  I directed SLUY out of the vehicle and he kicked off his flip flops to walk barefoot to the rear of the vehicle where I had him sit on a guardrail.  I requested additional resources and made contact with witnesses.  By phone, a Forest Service road guard on SR 20 informed me that a black four door pickup truck had struck and destroyed the US Forest Service road barricade, hitting it on the passenger side of the pickup truck as it sped past the closure.  A Forest Service firefighter arrived in a yellow shirt and marked vehicle to describe how the

The foregoing statement is based upon:

MY PERSONAL OBSERVATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/24/2021                   *Andrew Larson* (signature)
Date (mm/dd/yyyy)           Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)           U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;     PASS = 9 or more passenger vehicle;

CDL = Commercial drivers license;     CMV = Commercial vehicle involved in incident